IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVID ROGERS,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CIVIL ACTION NO.  2:11cv492-WHA |
| ) | |
| HARTFORD LIFE AND ACCIDENT   ) | |
| INSURANCE CO., BENEFIT   ) | |
| MANAGEMENT SERVICES,   ) | (wo) |
| ) | |
| Defendant.   ) | |

**Final Judgment**

In accordance with the Memorandum Opinion and Order entered in this case on this date, final judgment is entered in favor of Hartford Life and Accident Ins. Co. Benefit Management Services and against William David Rogers, and this case is dismissed with prejudice.

Costs are taxed against the Plaintiff.

Done this 16th day of April, 2012.

/s/ W. Harold Albritton
W.  HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE